# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THI VU,<br><br>    Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant(s). | Case No.: 2:23-cv-01455-WBS-CKD<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

### ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  November 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE